UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

Maria Erlinda Ucles                                       Case No.: 15-20902-RAM
                                                          Chapter: 13

       Debtor
_____/

## MOTION TO ALLOW DEBTOR TO INCUR NEW DEBT

COME NOW the Debtor, Maria Erlinda Ucles, by and through the undersigned counsel, and file this Motion to Allow Debtor to Incur New Debt and state as follows:

1. On June 16, 2015, the Debtor sought relief by virtue of a Chapter 13 Bankruptcy.

2. On December 15, 2015, an Order Confirming Debtor's First Amended Chapter 13 Plan was entered [ECF #43].

3. Under the Debtor's confirmed plan, the Debtor was to continue making payments to VW Credit Inc., lessor for the 2013 VW CC, outside of the plan.

4. The Debtor is now in need to either renew the lease or to lease a new vehicle, as the current lease has matured.

5. The Debtor wishes to continue leasing and would like to obtain approval to incur new debt that will result in monthly payments that are comparable to the payments of the original lease.

**WHEREFORE**, the Debtor prays that this honorable Court enter and Order Granting and Approving the Debtor's Motion to Allow Debtor to Incur New Debt.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court of the Southern District of Florida, that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the *Foregoing* was filed using CM/ECF and served this 9th day of May, 2016: (i) via CM/ECF upon all parties registered to receive Notice(s) of Electronic Filing (NEF) in this bankruptcy case, and (ii) via First Class U.S. Mail, unless stated otherwise, upon the parties listed on the attached Service List and mailing matrix.

    Submitted by:

    Florin Law PA
    300 Sevilla Ave. Ste. 306
    Coral Gables, FL 33134
    Tel: 305-445-8988 Fax 305-445-8985
    E-mail Address: nflorin@florinlaw.com
    By: */s/ Nicole E. Florin*
        Nicole E. Florin, Esq.
        FBN 0673862

<u>Via CM/ECF / E-Mail</u>

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Nancy K. Neidich
e2c8f01@ch13herkert.com

<u>U.S. Mail</u>

Maria Erlinda Ucles
Debtor